1  AARON D. FORD
   Attorney General
2  S. PAUL EDWARDS, Bar No. 10033
   Deputy Attorney General
3  State of Nevada
   Public Safety Division
4  100 N. Carson Street
   Carson City, Nevada 89701-4717
5  Tel: (775) 684-1261
   E-mail:  sedwards@ag.nv.gov

*Attorneys for Defendants
Romeo Aranas, Isidro Baca, Shelly Conlin,
Richard Long, David Mar and Melissa Mitchell*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES MORRIS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ROMEO ARANAS, *et al.*,<br><br>　　　　　　Defendants. | Case No.  3:18-cv-00310-RCJ-CLB<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE LIMITED OPPOSITION TO ECF NO. 22**<br>**(First Request)** |

Defendants Romeo Aranas, Isidro Baca, Shelly Conlin, Richard Long, David Mar and Melissa Mitchell, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and S. Paul Edwards, Deputy Attorney General, hereby submit this *Motion for Extension of Time to File Limited Opposition to ECF No. 22* (First Request). This motion is based on Federal Rule of Civil Procedure 6(b)(1)(A), the following Memorandum of Points and Authorities, and any and all papers on file in this action.

### MEMORANDUM OF POINTS AND AUTHORITIES

**I.　ARGUMENT**

Defendants respectfully request an extension of time from the current deadline of July 6, 2020, to July 17, 2020 (today) to file their *Limited Opposition to ECF No. 22* (Motion to Correct/Objection to, Court's Construing Count 2 As an Unsafe Prison Conditions Claim).

1

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

This request for an extension of the deadline to respond to ECF No. 22 is after the July 6, 2020 deadline expired. However, Defendants recently received additional information that favors filing a limited opposition to ECF No. 22, rather than simply leaving it unopposed. Defendants' submit that this request will not hinder nor prejudice Plaintiff's case. The extension is relatively short, the Court has not ruled on ECF No. 22, and Defendants are filing their Limited Opposition to ECF No. 22 concurrently with this instant motion. Defendants submit that in light of the foregoing, and given the absence of prejudice to Plaintiff, that the requisite good cause/excusable neglect is present to warrant the requested extension.

For these reasons, Defendants respectfully request an extension of time from the current deadline to today, July 17, 2020, to their Limited Opposition to ECF No. 22. The **new deadline would be today, Friday, July 17, 2020.**

DATED this 17th day of July 2019.

AARON D. FORD
Attorney General

By: /s/ S. Paul Edwards
S. PAUL EDWARDS, Bar No. 10033
Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED this 27th day of July, 2020.

_____
ROBERT C. JONES, District Judge

2