CHARLES MORRIS, 62773
POB 7000
1721 E. SNYDER AVE.
CARSON CITY, NV. 89701

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHARLES MORRIS,

    PLAINTIFF,

vs.

ROMEO ARANAS, et al.

    DEFENDANTS

Case No.: 3:18-CV-00310-RCJ-CLB

ORDER MOTION FOR

(FRCP Rule 6)

(FIRST REQUEST)

PLAINTIFF, CHARLES MORRIS, in Pro Se, submits his motion for enlargement of time, moving this Honorable Court to grant him an additional 7 DAYS to and including JULY 31, in which to serve and file his REPLY TO DEFENDANTS' UNTIMELY RESPONSE (#26) pursuant to FRCP Rule 6.

    This motion is made and based upon all papers, pleadings, and documents on file herein; and the attached affidavit of petitioner.

Dated this 21ST day of JULY, 2020

By: _____
PLAINTIFF, in PRO. PER.

IT IS SO ORDERED this 27th day of July, 2020.

_____
ROBERT C. JONES, District Judge