# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHARLES MORRIS,

                Plaintiff,

v.

ROMEO ARANAS, et al.,

                Defendant.

3:18-cv-0310-RCJ-CLB

**ORDER**

      Before the court is plaintiff's motion to file a second amended complaint (ECF No. 37) and plaintiff's motion to amend the scheduling order (ECF No. 38). Defendants responded with no opposition to the amendment and seeking to limit any additional discovery to the new defendant (ECF Nos. 40 & 41). No reply was filed.

      Plaintiff's motion to modify the scheduling order to allow plaintiff to amend his complaint (ECF No. 38) is **GRANTED**. Plaintiff's motion to file second amended complaint (ECF No. 37) is **GRANTED** and will be considered timely. The Clerk shall **DETACH** and **FILE** the Second Amended Complaint (ECF No. 37-1).

      On or before **Friday, October 30, 2020** the Office of the Attorney General ("AG") shall file a notice advising the court if they are accepting service on behalf of the new defendant, Lt. Miller, who is further identified in plaintiff's motion (ECF No. 38). If service cannot be accepted, the AG shall file the last known address of this defendant under seal. Following completion of service, the defendant shall have twenty days to file a responsive pleading.

As to discovery for the new defendant, plaintiff shall have sixty days from the date of the answer to conduct discovery for the new defendant only. All dispositive motions shall be due thirty days after discovery is closed.

**DATED:** _____October 8, 2020_____.

_____
**UNITED STATES MAGISTRATE JUDGE**