UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES MORRIS, | Case No.: 3:18-CV-00310-RCJ-CLB |
| Plaintiff, | ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 92) |
| v. | |
| ROMEO ARANAS, *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation of United States Magistrate Judge Carla L. Baldwin, (ECF No. 92[1]) entered on December 14, 2021, recommending that the Court deny Defendants' motion for summary judgment (ECF No. 65 and Morris's cross-motion for summary judgment (ECF No. 83).

This action was referred to Magistrate Judge Baldwin under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

1

**IT IS HEREBY ORDERED** that Magistrate Judge Baldwin's Report and Recommendation (ECF No. 92) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 65) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Cross-Motion for Summary Judgment (ECF No. 83) is **DENIED**.

**IT IS SO ORDERED**.

DATED this 14th day of January, 2022.

_____
ROBERT C. JONES
United States District Judge