UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES MORRIS,<br><br>        Plaintiffs,<br><br>v.<br><br>ARANAS, *et al.*,<br><br>        Defendants. | Case No.: 3:18-CV-00310-RCJ-CLB<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 103) |

    Before the Court is the Report and Recommendation of United States Magistrate Judge Carla L. Baldwin, (ECF No. 103[1]) entered on May 23, 2022, recommending that the Court deny Plaintiff Charles Morris's ("Morris") motions for preliminary injunction and temporary restraining order (ECF Nos. 98, 99).

    This action was referred to Magistrate Judge Baldwin under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

    The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

1

**IT IS HEREBY ORDERED** that Magistrate Judge Baldwin's Report and Recommendation (ECF No. 103) is **ADOPTED and ACCEPTED**.

**IT IS HERBY ORDERED** that Morris's motion for preliminary injunction and motion for temporary restraining order (ECF Nos. 98, 99) are **DENIED**.

**IT IS SO ORDERED**.

Dated: June 14, 2022.

                                                                                       _____
                                                                                       ROBERT C. JONES
                                                                                       United States District Judge