Charles Desuan Morris
(Name)
62773
(ID Number)
Northern Nevada Correctional Center
Post Office Box 7000
Carson City, NV  89702

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

CHARLES DESUAN MORRIS,

                              Petitioner,

vs.

ARANAS et al,

                              Respondent,

Case No.: 3:18-CV-00310-RCJ-CLB

ORDER GRANTING
MOTION FOR ENLARGEMENT
OF TIME
(FRCP Rule 6)

Petitioner, CHARLES DESUAN MORRIS, in Pro Se, submits his motion for enlargement of time, moving this Honorable Court to grant him an additional ____30____ to and including _____ in which to serve and file his pre trail point order _____ pursuant to FRCP Rule 6 petitioners Charles Morris, _____ filed on 8-10-22 _____ and is due on or about __8-12-10__. This is petitioner's first request for an extension of time.

Dated this __10__ day of __August__ 20_22_.

By: Charles Morris

                                        Petitioner in Pro Per

<u>CERTIFICATE OF SERVICE BY MAIL</u>

Pursuant to FRCP Rule 5 (b), I hereby certify that I am the petitioner named herein and that on this

_10_ day of ____August_____, 20 _22_, I mailed a true and correct copy of the foregoing:

_____, to the following:

_____

_____

_____

AND

_____

_____

_____

Petitioner, In Proper Person

Charles Morris - 62773

ORDER

IT IS HEREBY ORDERED that the motion to extend time (ECF No. 106) is GRANTED.

IT IS FURTHER ORDERED that the parties shall file the Joint Pretrial Order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than Monday, September 12, 2022.

IT IS SO ORDERED.

_____

ROBERT C. JONES

United States District Judge

Date:  August 11, 2022.