AARON D. FORD
Attorney General
DAWN R. JENSEN (Bar No. 10933)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3195 (phone)
(702) 486-3773 (fax)
Email: drjensen@ag.nv.gov

*Attorneys for Defendants,*
*Romeo Aranas, Isidro Baca, Shelly Conlin,*
*Richard Long, David Mar,*
*William Miller and Melissa Mitchell*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES MORRIS,<br><br>Plaintiff,<br><br>vs.<br><br>ROMEO ARANAS, et al.,<br><br>Defendants. | Case No. 3:18-cv-00310-RCJ-CLB<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR SETTLEMENT CONFERENCE REFERRAL** |

The Parties, Plaintiff, Charles Morris, and Defendants, Romeo Aranas, Isidro Baca, Shelly Conlin, Richard Long, David Mar, William Miller and Melissa Mitchell, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Dawn R. Jensen, Deputy Attorney General, hereby submit a Joint Request for a Settlement Conference Pursuant to Local Rule (LR) 16-5.

**I.   INTRODUCTION**

The Parties engaged in a telephone conference on August 10, 2022. During the conversation, the parties discussed requesting a settlement conference with Magistrate Judge Baldwin. The parties also agreed to make a good faith effort at resolving issues in this case. Therefore, Defendants agreed to file a motion on behalf of both parties requesting a settlement conference.

After the LR 16-5 settlement conference, the Parties will file a joint status report to inform this Court of the settlement outcome.

## II.   LEGAL STANDARD AND DISCUSSION

This Court has broad discretion to stay proceedings as an incident to its power to control its own docket. *Clinton v. Jones*, 520 U.S. 681, 706-07 (1997) (citing *Landis v. N. Am. Co.*, 299 U.S. 248, 254, (1936)). These inherent powers include "'the power to stay proceedings . . . to control the disposition of the causes of its docket with economy of time and effort for itself, for counsel, and for litigants.'" *Dependable Hwy Exp., Inc. v. Navigators Ins. Co.*, 498 F.3d 1059, 1066 (9th Cir. 2007) (quoting *Landis*, 299 U.S. at 254).  Stays are particularly appropriate to be considered when doing so is "the fairest course of action for the parties . . . pending resolution of independent proceedings which bear upon the case." *Dependable, supra* (quoting *Leyva v. Certified Grocers of California, Ltd.*, 593 F.2d 857, 863–64 (9th Cir. 1979)). These independent proceedings include other judicial proceedings. *Id.*

Local Rule (LR) 16-5 permits the Court to refer "any appropriate civil case for settlement conference or other alternative method of dispute resolution."

Here, Defense counsel and Plaintiff have spoken in good faith about the possibility of resolving this case. This case has progressed past summary judgment, with all Defendants and both claims remaining.  Furthermore, the Court has not held a settlement conference in this matter. The parties believe that a settlement conference under LR 16-5 and a stay of this case in its entirety would be beneficial.  This path forward would preserve judicial resources and allow the Parties an opportunity to pursue the fairest course of action towards a resolution of this case. If able to resolve this matter, further litigation would not be required. Accordingly, Defendants respectfully move this Court to refer this case to the Magistrate Judge for a settlement conference.

## III.   CONCLUSION

Because the Parties have conducted a meet and confer, and agreed that through a settlement conference under LR 16-5, this matter might be resolved. Therefore, the Parties

request this Court order a settlement conference under LR 16-5 and stay this case in its entirety to allow the Parties to attempt a resolution of Plaintiff's cases.

DATED August  18 , 2022.                    DATED August 17, 2022.

                                                        Aaron D. Ford
                                                       Nevada Attorney General

/s/ Charles Morris #62773                    By: /s/ Dawn R. Jensen
Charles Morris, #62773                       Dawn R. Jensen (Bar No. 10933)
*Plaintiff Pro Se*                           Deputy Attorney General
                                                       Office of the Nevada Attorney General
                                                       555 E. Washington Avenue, Suite 3900
                                                       Las Vegas, Nevada 89101
                                                       *Attorneys for Defendants*

    Accordingly, this case will be set for a settlement conference before Magistrate Judge Carla Baldwin on a date to be determined. This case is stayed in its entirety and all pending deadlines, including the deadline to submit the Joint Pretrial Order, are hereby vacated.

**IT IS SO ORDERED.**

                                                       DATED  August 24             , 2022.

                                                       _____
                                                       UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on August 19, 2022, I electronically filed the foregoing **DEFENDANTS' UNOPPOSED MOTION FOR SETTLEMENT CONFERENCE REFERRAL** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

> Charles Morris, #62773
> Northern Nevada Correctional Center
> P.O. Box 7000
> Carson City, Nevada 89702
> Email: nncclawlibrary@ag.nv.gov
> *Plaintiff, Pro Se*

/s/ Carol A. Knight
CAROL A. KNIGHT, an employee of the
Office of the Nevada Attorney General