# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| CHARLES MORRIS,<br><br>                      Plaintiff,<br><br>  v.<br><br>ROMEO ARANAS, *et al.*,<br><br>                      Defendants. | Case No. 3:18-CV-00310-RCJ-CLB<br><br>**ORDER LIFTING STAY AND DIRECTING PARTIES TO FILE JOINT PRETRIAL ORDER** |

On August 24, 2022, the Court stayed this case in its entirety and vacated all deadlines, including the deadline to submit the Joint Pretrial Order, to allow the parties to participate in a settlement conference. (ECF No. 110.) The settlement conference was held on October 6, 2022, but the parties were ultimately unable to reach a settlement. (ECF No. 117.)

Accordingly, **IT IS ORDERED** that this case is no longer stayed; and,

**IT IS FURTHER ORDERED** that the parties shall file a Joint Pretrial Order that fully complies with the requirements of LR 16-3 and LR 16-4 by no later than **Monday, January 9, 2023.**

IT IS SO ORDERED.

DATED: November 28, 2022.

_____
UNITED STATES MAGISTRATE JUDGE