**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES MORRIS, | 3:18-cv-00310-CLB |
| Plaintiff(s), | |
| vs. | **ORDER TO PRODUCE** |
| ROMEO ARANAS, et al., | |
| Defendant(s). | |

A Jury Trial is scheduled to commence in this case on **Monday, August 26, 2024**, at **8:30 a.m.**, in Courtroom No. 1 on the 4th Floor of the Bruce R. Thompson U.S. Courthouse at 400 S. Virginia Street, Reno, Nevada 89501 before United States Magistrate Judge Carla Baldwin.

The Office of the Attorney General shall arrange for the physical presence of Plaintiff Charles Morris, #62773 for the purpose of participating in person for the duration of the jury trial.

**IT IS SO ORDERED.**

DATED: July 23, 2024.

_____
CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE