1  AARON D. FORD
     Attorney General
2  DOUGLAS R. RANDS, Bar No. 3572
     Senior Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, NV  89701-4717
   Tel: (775) 684-1150
5  E-mail:  drands@ag.nv.gov

6  AARON D. FORD
     Attorney General
7  NATHAN M. CLAUS, Bar No. 15889
     Deputy Attorney General
8  State of Nevada
   555 E. Washington Ave., Ste. 3900
9  Las Vegas, Nevada 89101
   Tel: (702) 486-7629
10 Email: nclaus@ag.nv.gov

11 *Attorneys for Defendants*
   *Romeo Aranas, Isidro Baca, Shelly Conlin,*
12 *Richard Long, David Mar,*
   *Melissa Mitchell and William Miller*

13

14            **UNITED STATES DISTRICT COURT**

15              **DISTRICT OF NEVADA**

16 CHARLES MORRIS,

17              Plaintiff,              Case No.  3:18-cv-00310-CLB

18 vs.

19 ROMEO ARANAS, et al.              **ORDER GRANTING STIPULATION
                                     TO CONTINUE THE MOTION IN
20              Defendants.           LIMINE DEADLINE TO MONDAY,
                                     JULY 29, 2024**

21

22        IT IS HEREBY STIPULATED by and between, Plaintiff Charles Morris and

23 his attorneys of record Paola M. Armeni, Esq., and Gia N. Marina, Esq., of the law

24 firm of Clark Hill, PLLC, and Defendants Romeo Aranas, Isidro Baca, Shelly Conlin,

25 Richard Long, David Mar, Melissa Mitchell, and William Miller, by and through counsel,

26 Aaron D. Ford, Attorney General of the State of Nevada, Douglas R. Rands, Senior

27 Deputy Attorney General, and Nathan C. Claus, Deputy Attorney General, as follows:

28 ///

                                    1

1. This Court has ordered motions in limine due 30 days before trial, which makes them due on July 26, 2024.

2. The Parties are close to finalizing a *Stipulation and Order Regarding Presentation of Evidence at Trial* that will negate any need for Motions in Limine to be filed.

3. Due to scheduling conflicts, the Parties need one more day to submit this stipulation and order to this court.

4. The Parties have an excellent working relationship and are fully expected to complete this stipulation by Monday, July 28, 2024.

5. There are two related stipulations remaining that if unresolved, would be the only motions in limine to be filed.

6. Therefore, the Parties agree in the unlikely event that the stipulation is not completed, then they will submit any motions in limine by Monday July, 29, 2024.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

1    **APPROVED AS TO FORM AND CONTENT:**

2    Respectfully submitted this 26th day of July 2024.

3

4    **CLARK HILL, PLLC**                    **ATTORNEY GENERAL'S OFFICE**

5

6    /s/ Paola M. Armeni, Esq.               /s/ Nathan M. Claus, Esq.

7    PAOLA M. ARMENI                         DOUGLAS R. RANDS

8    Nevada Bar No. 8357                     Nevada Bar No. 3572

     GIA N. MARINA                           Senior Deputy Attorney General

9    Nevada Bar No. 15276                    NATHAN M. CLAUS

10   1700 S. Pavilion Center Drive,          Deputy Attorney General

11   Ste., #500                              Nevada Bar No. 15889

12   Las Vegas, Nevada 89135                 100 North Carson Street

13   *Attorney for Plaintiff Charles Morris*  Carson City, Nevada  89701
     *in conjunction with Legal Aid of*
     *Southern Nevada*                        *Attorney for the Defendants*

14

15

16                       **ORDER**

17

18        **IT IS SO ORDERED.**

19        **Dated: July 26, 2024.**

20

21   _____
                         UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

                              3