1  PAOLA M. ARMENI, ESQ.
   Nevada Bar No. 8357
2  GIA N. MARINA, ESQ.
   Nevada Bar No. 15276
3  **CLARK HILL PLLC**
   1700 S. Pavilion Center Drive, Suite 500
4  Las Vegas, Nevada 89135
   Telephone:  (702) 862-8300
5  Facsimile:   (702) 778-9709
   E-mail:  parmeni@clarkhill.com
6           gmarina@clarkhill.com

7  Attorneys for Plaintiff, Charles Morris

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| CHARLES MORRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>ROMEO ARANAS, et al.<br><br>Defendants. | CASE NO. 3:18-cv-00310-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANTS' MOTION FOR JUDGMENT OR NEW TRIAL (First Request)** |
|---|---|

IT IS HEREBY STIPULATED by and between, Plaintiff Charles Morris and his attorneys of record Paola M. Armeni, Esq. and Gia N. Marina, Esq., of the law firm of Clark Hill, PLLC, and Defendants Romeo Aranas, et al., by and through their attorneys, Douglas R. Rands, Esq., and Nathan M. Claus of the Attorney General's Office, hereby respectfully submit this Stipulation and Order Extending Time for Plaintiff to Respond to Defendants' Motion for Judgment or New Trial [ECF 195] filed on September 26, 2024, which the response is currently due on October 10, 2024, to be extended to October 15, 2024.

///

///

///

1. Plaintiff's counsel has been actively working on responding to Defendants' Motion For Judgment or New Trial, however, counsel requires a brief extension to complete the Response. This request for extension is made in good faith and not for the purposes of delay.

WHEREFORE, the parties stipulate that the time for Plaintiff to file his Response to Defendants' Motion For Judgment or New trial [ECF 195], be extended to October 15, 2024, and otherwise stipulated or ordered, Defendants' Reply to Plaintiff's Response be due on October 22, 2024.

APPROVED AS TO FORM AND CONTENT.

Respectfully submitted this 7th day of October 2024.

| CLARK HILL, PLLC | ATTORNEY GENERAL'S OFFICE |
|---|---|
| /s/ Gia N. Marina, Esq.<br>PAOLA M. ARMENI<br>Nevada Bar No. 8357<br>GIA N. MARINA<br>Nevada Bar No. 15276<br>1700 S. Pavilion Center Drive, Ste.., #500<br>Las Vegas, Nevada 89135<br>*Attorney for Plaintiff Charles Morris*<br>*in conjunction with Legal Aid of Southern*<br>*Nevada* | /s/ Douglas R. Rands, Esq.<br>DOUGLAS R. RANDS<br>Nevada Bar No. 3572<br>Senior Deputy Attorney General<br>NATHAN M. CLAUS<br>Deputy Attorney General<br>Nevada Bar No. 15889<br>100 North Carson Street<br>Carson City, Nevada 89701<br>*Attorney for the Defendants* |

**ORDER**

**IT IS SO ORDERED:**

DATED: October 7, 2024

_____
UNITED STATES MAGISTRATE JUDGE