1  AARON D. FORD
     Attorney General
2  DOUGLAS R. RANDS, Bar No. 3572
     Senior Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, NV  89701-4717
   Tel: (775) 684-1150
5  E-mail: drands@ag.nv.gov

6  AARON D. FORD
     Attorney General
7  NATHAN M. CLAUS, Bar No. 15889
     Deputy Attorney General
8  State of Nevada
   1 State of Nevada Way, Suite 100
9  Las Vegas, Nevada 89119
   (702) 486-7629 (phone)
10 Email: nclaus@ag.nv.gov

11 *Attorneys for Defendants*
   *Romeo Aranas, Isidro Baca, Shelly Conlin,*
12 *Richard Long, David Mar,*
   *Melissa Mitchell and William Miller*

13

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| CHARLES MORRIS, | Case No. 3:18-cv-00310-CLB |
|---|---|
| Plaintiff, | **ORDER GRANTING REQUEST TO EXTEND DEADLINE FOR DEFENDANTS TO FILE A REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT OR NEW TRIAL** |
| vs. | |
| ROMEO ARANAS, et al., | |
| Defendants. | **(First Request)** |

IT IS HEREBY STIPULATED by and between, Plaintiff Charles Morris and his attorneys of record Paola M. Armeni, Esq. and Gia N. Marina, Esq., of the law firm of Clark Hill, PLLC, and Defendants Romeo Aranas, et al., by and through their attorneys, Douglas R. Rands, Esq., and Nathan M. Claus of the Attorney General's Office, hereby respectfully submit this Stipulation and Order Extending Time for Defendant to file a Reply in Support of Defendants' Motion for Judgment or New Trial [ECF 195] filed on September 26, 2024, which the response is currently due on October 29, 2024, to be extended to November 5, 2024.

1  Defendants' counsel has been actively working on their reply to Plaintiff's
2  response to Defendants' Motion For Judgment or New Trial, however, counsel
3  requires a brief extension to complete the reply. This request for extension is made
4  in good faith and not for the purposes of delay.

5  WHEREFORE, the parties stipulate that the time for Defendants to file their
6  reply in support of Defendants' Motion For Judgment or New trial [ECF 195], be
7  extended to November 5, 2024.

8  Respectfully submitted this 28th day of October, 2024.

| CLARK HILL, PLLC | ATTORNEY GENERAL'S OFFICE |
|---|---|
| /s/ Paola M. Armeni, Esq.<br>PAOLA M. ARMENI<br>Nevada Bar No. 8357<br>GIA N. MARINA<br>Nevada Bar No. 15276<br>1700 S. Pavilion Center Drive,<br>Ste., #500<br>Las Vegas, Nevada 89135<br>*Attorney for Plaintiff Charles Morris in conjunction with Legal Aid of Southern Nevada* | /s/ Nathan M. Claus, Esq.<br>DOUGLAS R. RANDS<br>Nevada Bar No. 3572<br>Senior Deputy Attorney General<br>NATHAN M. CLAUS<br>Deputy Attorney General<br>Nevada Bar No. 15889<br>*Attorneys for the Defendants* |

**IT IS SO ORDERED.**

DATED: October 29, 2024

_____
UNITED STATES MAGISTRATE JUDGE