AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

AARON D. FORD
  Attorney General
NATHAN M. CLAUS, Bar No. 15889
  Deputy Attorney General
State of Nevada
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-7629 (phone)
Email: nclaus@ag.nv.gov

*Attorneys for Defendants*
*Romeo Aranas, Isidro Baca, Shelly Conlin,*
*Richard Long, David Mar,*
*Melissa Mitchell and William Miller*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES MORRIS,<br><br>Plaintiff,<br><br>vs.<br><br>ROMEO ARANAS, et al.<br><br>Defendants. | Case No. 3:18-CV-00310-CLB<br><br>**ORDER GRANTING STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>[ECF No. 214] |

IT IS HEREBY STIPULATED by and between Plaintiff, Charles Morris, and Defendants Romeo Aranas, Isidro Baca, Shelly Conlin, Richard Long, David Mar, Melissa Mitchell and William Miller, by and through their respective counsel under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs

//

//

1

DATED this 2nd of October, 2025.

**CLARK HILL, PLLC**

/s/ Paola M. Armeni, Esq.
PAOLA M. ARMENI
Nevada Bar No. 8357
GIA N. MARINA
Nevada Bar No. 15276
1700 S. Pavilion Center Drive,
Ste., #500
Las Vegas, Nevada 89135
*Attorney for Plaintiff Charles Morris in conjunction with Legal Aid of Southern Nevada*

DATED this 2nd of October, 2025.

**ATTORNEY GENERAL'S OFFICE**

/s/ Nathan M. Claus, Esq.
DOUGLAS R. RANDS
Nevada Bar No. 3572
Senior Deputy Attorney General
NATHAN M. CLAUS
Deputy Attorney General
Nevada Bar No. 15889
*Attorneys for the Defendants*

**ORDER**

**IT IS SO ORDERED**. This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED October 14, 2025.

_____
UNITED STATES DISTRICT JUDGE

2